

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KJ:JD
F.#2005R00375

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 11 2006 ★

December 29, 2005

BROOKLYN OFFICE

By Facsimile and By Hand

The Honorable David G. Trager
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

SO ORDERED:

s/David Trager 12/30/05
David G. Trager
United States District Judge

Re: United States v. Ricky Hammons
    Criminal Docket No. 05-280 (DGT)

Dear Judge Trager:

The government respectfully requests a brief extension to submit the government's response to the defendant's motion in the above-referenced case. The government's response is currently due on December 30, 2005; we respectfully request that the government's time to respond be extended by two business days until January 4, 2006, and that the defendant's time to reply be extended until January 17, 2006.

Norman Trabulus, Esq., counsel for the defendant, has consented to this request.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: 
John J. Durham
Assistant U.S. Attorney
(718) 254-6210

cc: Norman Trabulus, Esq. (by ECF and facsimile)